FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of ~~Illinois~~

2021 SEP 14 AM 11: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Clarence D Johnson Jr
_____
_____
**Plaintiff**

v.

COVID 19, CDC
Hospitals Institutions
Shriners Recovery mtss
for Children
Toronto General Hospitals
Florida, United nations
**Defendant(s)**

Case Number: 3:21-cv-915-TJC-MCR
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Federal, International

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of ___Illinois___ (state), who resides at 3150 W. Lake ___ Ave #219 Chicago___, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant __Joe Biden, Obama, Trump__ is employed as
(a)        (Name of First Defendant)
__White House__, __President__
(b) (Position/Title)

(10/2010)

III. **PREVIOUS LAWSUITS**

A. Have you begun any other lawsuits in this federal court?
☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

Plaintiff(s):

"1600 Clifton American Medical
3033 Atlanta GA    Association
    Defendant(s):
CDC   312    330 N Wabash Ave
Atlanta  464   Chicago Ill 60611
404-639-3311 5000

2. Case number:

3. Name of Judge to whom case was assigned:

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Federal Courthouse
corruption

These Defendant's
need lawyer
follow
courthouse
rules

(10/2010)

**Defendant #3:**

D. Defendant __Queen Elizabeth__ is employed as
(Name of Third Defendant)

__United nations; United nations'__
(Position/Title)

with __Headquarters 212 42nd pl Ny Ny__
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [✓] Yes [ ] No

If you answer is YES, briefly explain:

__Federal courthouse corrupts__

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

__You need need Hearing + Trials__

__Foreign Policy__

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ _____

Punitive damages in the amount of $ _Contact Cochran_
_Law Firm_
_1-800_
_-843_
_-3476_

An ordering requiring defendant(s) to:

A declaration that:

Other: _Don't rule on my cases you set These so Change child Trafficking murder change_

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⭕ does or ⭕ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _5/18/2021_
(date)

_3150 N. Lacitenoue #219_
Street Address

_Chicago Ill 60657_
City, State, Zip

Signature of Plaintiff

_Clarence Johnson Jr_
Printed Name

(10/2010)

with <u>Wanda 301-568-8655</u>
       (c)    (Employer's Name and Address)
       <u>Loebl 100 Sheetmetal workers</u>

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: <u>Contact wanda</u>

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.   Defendant <u>Vice President</u>    Joe Biden President
             (Name of Second Defendant)
                                          Queen Elizabeth
     <u>United nations Kamala Harris</u>
             (Position/Title)

     with <u>212 42nd ny Ny   1600 penn av</u>
             (Employer's Name and Address)
             <u>wash DC 20009</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

No get A Lawyer

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Due process
law
Crimes

contract law
cochran law firm
1-800-843-3474

V. S conflict of Interest

Contract United Nation Secretary
212 963-4475

(10/2010)

4. Check the appropriate box:
   - [x] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [x] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [x] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [x] Grade school only
   - [x] Some high school
   - [x] High school graduate
   - [x] Some college
   - [ ] College graduate
   - [x] Post-graduate

6. I believe that I am not able to represent myself, because
   - [x] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
   - [x] Other (**please explain**):

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): Perjury

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ |
| Attorney Name: _____ |
| If this case is still pending, please check box [ ] |

| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ |
| Attorney Name: _____ |
| If this case is still pending, please check box [ ] |

I declare under penalty of perjury that the foregoing is true and correct.

_____   3150 N. Racine Ave #219
Movant's Signature                 Street Address

5/18/2021                          Chicago IL 60657
Date                               City, State, Zip